# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4336

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Beaurn Q. Alexander, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  May 10, 2000

Filed:  May 18, 2000

_____

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and HENDREN,[*] District
   Judge.

_____

PER CURIAM.

Beaurn Q. Alexander appeals his conviction for failure to pay past due child
support in violation of 18 U.S.C. § 228.  Having carefully reviewed the record, we
reject Alexander's contention that the evidence is insufficient to support his bench-trial
conviction.  Contrary to Alexander's view, the record contains substantial evidence on

_____

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court
for the Western District of Arkansas, sitting by designation.

which the trial court reasonably could have found Alexander guilty of the charge.  We thus affirm Alexander's conviction.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.